AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of California

FILED
JAN 1 8 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEP.

In the Matter of the Search of                   )
*(Briefly describe the property to be searched*  )
*or identify the person by name and address)*    )   Case No.
                                                 )
Facebook, Inc.                                   )   **18MJ0239**
1601 Willow Road                                 )
Menlo Park, CA 94025                             )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the ___Northern___ District of ___California___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2251, 2252, 2252A, | Production, receipt, and possession of child pornography |

The application is based on these facts:

☑ Continued on the attached sheet.
☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Chad Worgen, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/18/18

*Judge's signature*

City and state: San Diego, CA                    Hon. Barbara L. Major, United States Magistrate Judge
                                                 *Printed name and title*

# AFFIDAVIT IN SUPPORT OF
# AN APPLICATION FOR A SEARCH WARRANT

I, Chad Worgen, being first duly sworn, hereby depose and state as follows:

1. I am a Special Agent (SA) with Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) within the Department of Homeland Security (DHS), having been so employed since February 2007. I am currently assigned to the HSI Special Agent in Charge (SAC) San Diego, CA Child Exploitation group. I have attended and successfully completed the Criminal Investigator Training Program (CITP) and the Immigration and Customs Enforcement Special Agent Training (ICESAT) located at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia. I am currently assigned to the Internet Crimes Against Children (ICAC) Task Force in San Diego. This task force includes members of the San Diego Police Department, San Diego County Sheriff's Department, U.S. Postal Inspection Service, Federal Bureau of Investigations, Naval Criminal Investigative Service, U.S. Attorney's Office and the San Diego County District Attorney's Office. Prior to becoming a SA, I was employed as a United States Customs and Border Protection (CBP) Officer at the San Ysidro, CA and Otay Mesa, CA Ports of Entry for approximately four (4) years. I have previously received training from the FLETC and other law enforcement agencies in the area of child pornography investigations. As an HSI SA assigned to the Child Exploitation group, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251 and 2252. I have participated in the service of numerous search warrants

involving child exploitation and/or child pornography offenses and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in various forms of media. As a federal agent, I am authorized to investigate violations of laws of the United States and I am a law enforcement officer with the authority to execute warrants issued under the authority of the United States. In preparation of this affidavit, I have discussed the facts of this case with other law enforcement agent and officers within HSI and ICAC task force.

2. This affidavit is made in support of an application for a warrant to search for and seize evidence related to potential violations of 18 U.S.C. §§ 2251, 2252, and 2252A, at the location described in Attachments A, for evidence described in Attachment B.

3. This affidavit is based upon information I have gained through training and experience, as well as upon information relayed to me by other individuals, including law enforcement officers. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known concerning this investigation but have set forth only the facts that I believe are necessary to establish probable cause to believe that evidence relating to potential violations of 18 U.S.C. §§ 2251, 2252, and 2252A, described in Attachment B, is located at Attachments A.

4. Based upon the following information, I believe there is probable cause to believe that currently existing within the location described in Attachment A, there is evidence, fruits and instrumentalities of violation of 18 U.S.C. §§ 2251, 2252, and 2252A, more particularly described in Attachment B.

## BACKGROUND INFORMATION ON FACEBOOK

5. Facebook is a corporation that owns and provides a free-access online social networking service and is headquartered in Menlo Park, California. Facebook allows its users to establish accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

6. Facebook allows users to upload photos and videos, which may include EXIF/metadata such as Upload IP, Uploaded Date, Modified Date, Camera Make, Camera Model, Original Width, Original Height, Exposure, ISO Speed, Latitude, Longitude, all Camera Information Settings that the user transmitted when s/he uploaded the photo or video.

## THE INVESTIGATION

7. On May 26, 2016, AARRON DRAKE BUCKNER (BUCKNER) was arrested and charged with failure to register as a sex offender in violation of 18 U.S.C. § 2250.

8. On June 3, 2016, a federal search warrant (#16MJ1696) was signed, authorizing the search of Facebook for information associated with several Facebook user IDs, including:

- https://facebook.com/profile.php?id=100002025941957

9. I served the search warrant upon Facebook on June 3, 2016, and received results as authorized by the warrant on June 9, 2016.

10. Upon review of the search warrant results, I discovery numerous photo and video files sent to BUCKNER from females who have been identified as minors. Many of those photo and video files were sent to BUCKNER after BUCKNER requested that the minor females create and send such files. None of

3

the photo or video files received from Facebook in response to the prior search warrant contained EXIF/metadata as described above in paragraph 6.

11. Based in part upon the photo and video files discovered in the original Facebook warrant returns, on May 4, 2017, the grand jury returned a twelve-count indictment, charging BUCKNER with five counts of sexual exploitation of a minor in violation of 18 U.S.C. § 2251(a) and (e), one count of possession of images of minors engaged in sexually explicit conduct in violation of 18 U.S.C. § 2252(a)(4), one count of failure to register as a sex offender in violation of 18 U.S.C. § 2250, and five counts under 18 U.S.C. § 2260A alleging the sexual exploitation occurred at a time when BUCKNER was required to register as a sex offender (17CR1150-BTM).

12. Based upon my training and experience, including discussions with other agents who investigate child exploitation crimes, it is my understanding that although Facebook gathers and maintains EXIF/metadata for photo and video files uploaded by its users, such information is not produced in response to a search warrant unless specifically requested. Upon review of federal search warrant (#16MJ1696), such data was not specifically requested to be produced.

13. Based upon my training and experience, including discussions with other agents who investigate child exploitation crimes, it is my understanding that Facebook often maintains user account data even after it has been produced in response to law enforcement process. Further, it is my understanding that Facebook often maintains EXIF/metadata for photo and video files uploaded by its users, even if the photo and video files are no longer maintained on Facebook's servers.

14. On or about December 29, 2017, an HSI SA requested that Facebook preserve all existing data relating to the following accounts:

4

- https://facebook.com/profile.php?id=100002025941957

Facebook responded and acknowledged the request for preservation of evidence. Based upon my training and belief, if data no longer existed on Facebook's servers, the preservation request would have been rejected and not processed by Facebook.

15. To the extent it exists on Facebook's servers, there is probable cause to believe that EXIF/metadata for photo and video files uploaded and sent to BUCKNER at his request, including data relating to when and where such photo and video files were created, constitutes evidence of violations of 18 U.S.C. §§ 2251, 2252, and 2252A.

**PROCEDURES FOR ELECTRONICALLY STORED INFORMATION**

16. Federal agents and investigative support personnel are trained and experienced in identifying communications relevant to the crimes under investigation. The personnel of Facebook are not. It would be inappropriate and impractical for federal agents to search the vast computer network of Facebook for the relevant accounts and then to analyze the contents of those accounts on the premises of Facebook. The impact on Facebook's business would be severe.

17. I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Facebook to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section II of Attachment B. Upon receipt of the information described in Section II of Attachment B, government-authorized persons will review that information to locate the items described in Section III of Attachment B.

18. Based on the foregoing, searching the recovered data for the information subject to seizure pursuant to this warrant may require a range of data analysis techniques and may take weeks or even months. Keywords need to be modified continuously based upon the results obtained. The personnel conducting the segregation and extraction of data will complete the analysis and provide the data authorized by this warrant to the investigating team within ninety (90) days of receipt of the data from the service provider, absent further application to this court.

19. Based upon my experience and training, and the experience and training of other agents with whom I have communicated, it is necessary to review and seize all electronic communications that identify any users of the subject account(s) and any electronic mails sent or received in temporal proximity to incriminating electronic mails that provide context to the incriminating mails.

20. All forensic analysis of the imaged data will employ search protocols directed exclusively to the identification, segregation and extraction of data within the scope of this warrant.

//
//
//
//
//
//
//
//
//
//

## CONCLUSION

21. In conclusion, based upon the information contained in this affidavit, I have reason to believe that evidence, fruits and instrumentalities relating to violations of 18 U.S.C. §§ 2251, 2252, and 2252A, as described in Attachment B, are at the location described in Attachment A.

_____
Chad N. Worgen, Special Agent
Homeland Security Investigations

SUBSCRIBED and SWORN to before me this __18__ day of January, 2018.

_____
Hon. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

7

Case 3:18-mj-00239-BLM   Document 1   Filed 01/18/18   PageID.9   Page 9 of 11

## ATTACHMENT A

This warrant applies to information associated with the following Facebook user IDs:

1. https://facebook.com/profile.php?id=100002025941957

that is stored at premises owned, maintained, controlled, or operated by Facebook Inc., a company headquartered at 1601 Willow Road, Menlo Park, CA 94025.

# ATTACHMENT B

I. Service of Warrant

The officer executing the warrant shall permit Facebook, as custodian of the computer files described in Section II below, to locate the files relevant to attachment A and copy them onto removable electronic storage media and deliver the same to the officer or agent.

II. Information to be disclosed by Facebook

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook Inc. ("Facebook"), including any records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for the user ID listed in Attachment A:

a. All EXIF/metadata including ID, Title, Photo, Link, Upload IP, Album Name, Uploaded Date, Modified Date, Camera Make, Camera Model, Original Width, Original Height, Exposure, ISO Speed, Latitude, Longitude, All Camera Information and Settings (including General, Manufacture/Make, Tiff, EXIF and GPS) associated with the following photos and videos,:
- 12285586_1500008853661622_859573486_n.jpg (1500008853661622)
- 12282954_1500009323661575_331290224_n.jpg (1500009323661575)
- 12278058_1500010010328173_1662870923_n.jpg (1500010010328173)
- 12277317_1500010213661486_882119122_n.jpg (1500010213661486)
- 12272824_1500011206994720_1496097879_n.jpg (1500011206994720)
- video-1448064302.mp4 (1500011403661367)
- video-1448564473.mp4 (1502418040087370)
- video-1448564865.mp4 (1502420690087105)
- 12309439_1502338200095354_1870556642_n.jpg (1502338200095354)
- 12286142_1502339566761884_1614867641_n.jpg (1502339566761884)
- 12351273_986898804704744_446722530_n.jpg (986898804704744)
- 12351272_986900371371254_189771985_n.jpg (986900371371254)
- video-1449208520.mp4 (986904261370865)
- 12324908_987848137943144_2129119866_n.jpg (987848137943144)
- video-1449381146.mp4 (987851411276150)
- video-1449381622.mp4 (987857261275565)

- video-1449382184.mp4 (987858737942084)
- video-1449382478.mp4 (987859824608642)
- video-1449382796.mp4 (987861217941836)

III. Information to be seized by the government

All information described above in Section II that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. §§ 2251, 2252, and 2252A, from October 4, 2015, to the date of the warrant involving the following Facebook user ID:

    1.    https://facebook.com/profile.php?id=100002025941957